**Motion Granted and Order filed October 27, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00976-CV
_____

### CITY OF HOUSTON, TEXAS, Appellant

### V.

### HOUSTON PROFESSIONAL FIRE FIGHTERS' ASSOCIATION LOCAL, 341, Appellee

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2017-42885**

---

## ORDER

Appellee's motion to reinstate this appeal and set an accelerated briefing schedule is GRANTED. Appellant's brief is due twenty days from the date of this order. *See* Tex. R. App. P. 38.6(a).


PER CURIAM


Panel consists of Justices Wise, Spain, and Hassan.